

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2020

No. 04-20-00376-CV

**UNITED INDEPENDENT SCHOOL DISTRICT,**
Appellant

v.

**IMPACTO MEDIA, INC.,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019-CVH-001030-D3
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellee's brief was originally due on September 21, 2020. Appellee has been granted numerous extensions to file its brief, the latest until October 23, 2020. Each extension was granted to allow the parties to reach a resolution in the underlying suit. On October 21, 2020, appellee filed another unopposed motion to extend appellee's deadline to file its brief based on the "[p]arties being very close to reaching an agreement and [they] are discussing attending mediation to close the gap on settlement between them."

The motion is GRANTED and appellee's brief is due **no later than November 13, 2020**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court